## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Indian Harbor Insurance Company | FILED: JUNE 20, 2008 |
| v. | 08CV3543 |
| 2930 North Sheridan, LLC | JUDGE LEFKOW |
|  | MAGISTRATE JUDGE MASON |
|  | RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Indian Harbor Insurance Company

| NAME (Type or print) |
|---|
| Michael P. Rohan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michael P. Rohan |
| FIRM |
| McDonald & McCabe, LLC |
| STREET ADDRESS |
| 225 West Wacker Drive, Suite 2100 |
| CITY/STATE/ZIP |
| Chicago/IL/60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6257631 | 312-845-5190 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐