# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Indian Harbor Insurance Company<br>v.<br>2930 North Sheridan, LLC | Case Number:<br>FILED: JUNE 20, 2008<br>08CV3543<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE MASON<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Indian Harbor Insurance Company

| |
|---|
| NAME (Type or print)<br>Nicholas R. Novak |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Nicholas R. Novak |
| FIRM<br>McDonald & McCabe, LLC |
| STREET ADDRESS<br>225 West Wacker Drive, Suite 2100 |
| CITY/STATE/ZIP<br>Chicago/IL/60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6294506 | TELEPHONE NUMBER<br>312-845-5190 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐