# United States District Court for the Northern District of Illinois

Case Number: 08CV3543      Assigned/Issued By: DAJ

Judge Name: LEFKOW      Designated Magistrate Judge: MASON

---

## FEE INFORMATION

**Amount Due:**    [✓] $350.00    [ ] $39.00    [ ] $5.00

[ ] IFP    [ ] No Fee    [ ] Other _____

[ ] $455.00

Number of Service Copies _____      Date: _____

*(For Use by Fiscal Department Only)*

Amount Paid: 350.00      Receipt #: 2874804

Date Payment Rec'd: 06/20/08      Fiscal Clerk: DAJ

---

## ISSUANCES

[✓] Summons      [ ] Alias Summons

[ ] Third Party Summons      [ ] Lis Pendens

[ ] Non Wage Garnishment Summons      [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

_____

*(Victim, Against and $ Amount)*

[ ] Citation to Discover Assets

[ ] Writ _____
*(Type of Writ)*

1 Original and 0 copies on 06/20/08 as to DEF.
*(Date)*