*Indian Harbor Ins. Co.*
v.
*2930 N. Sheridan LLC*

AO 440 (Rev 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: mon. 6-23-08 |
| NAME OF SERVER (PRINT): Rena Ancona | TITLE: |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Sofia Imami, (Attorney) 312-444-9000 @ 20 N. Clark, Ste 550, Chicago, IL 60602 for 2930 N. Sheridan LLC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 23, 2008
Date

Signature of Server: *Rena Ancona*

Address of Server: 540 Lee St., DesPlaines, IL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

_____ (NAME OF COURT)

INDIAN HARBOR INS vs 2930 N. SHERIDAN, LLC
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE NUMBER

I, Rena Ancona, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **2930 N. SHERIDAN, LLC**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) _____

by leaving with **SOFIA IMAMI**, **ATTORNEY** At
NAME — RELATIONSHIP

☐ Residence _____
ADDRESS — CITY / STATE

☒ Business **20 N. CLARK, SUITE 550, CHICAGO, IL 60602**
ADDRESS — CITY / STATE

On **JUNE 23, 2008** AT **11:30 AM**
DATE — TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY  STATE  ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE TIME — DATE TIME

(3) _____ (4) _____ (5) _____
DATE TIME — DATE TIME — DATE TIME

Description: Age **30** Sex **F** Race **W** Height **5'5** Weight ____ Hair **BR** Beard ____ Glasses ____

_[signature]_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **25** day of **JUNE**, 200**8** by **R ANCONA**.
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_[signature]_
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of **ILLINOIS**

OFFICIAL SEAL
CHRISTOPHER R BAUER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/07/11