# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08CV3543
Indiana Harbor Insurance Company v.
  2930 North Sheridan, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, 2930 North Sheridan, LLC

| |
|---|
| NAME (Type or print) <br> Bary L. Gassman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Bary L. Gassman |
| FIRM <br> ASPERGER ASSOCIATES LLC |
| STREET ADDRESS <br> 150 North Michigan Avenue, Suite 420 |
| CITY/STATE/ZIP <br> Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6230927 | TELEPHONE NUMBER <br> (312) 856-9901 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |