IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY, a North Dakota Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> 2930 NORTH SHERIDAN, LLC, an Illinois Limited Liability Corporation, <br><br> Defendant. | No. 08 CV 3543 <br><br> Judge Lefkow <br><br> Magistrate Judge Mason |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, on Thursday, July 17, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned attorney of record for Defendant, 2930 NORTH SHERIDAN, LLC, shall appear before the Honorable Judge Lefkow, or some other judge sitting in his place or stead, in Courtroom 1932 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and then and there present a **MOTION FOR EXTENSION OF TIME FOR DEFENDANT, 2930 NORTH SHERIDAN, LLC, TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and served upon you herewith.

Dated: July 14, 2008

Respectfully submitted,

**2930 NORTH SHERIDAN, LLC**

By:   /s/ Jeffrey J. Asperger
       One of its attorneys

Jeffrey J. Asperger
Bary L. Gassman
Daile V. McCann
ASPERGER ASSOCIATES LLC
150 North Michigan Avenue, Suite 420
Chicago, IL 60601
Tel: (312) 856-9901
Fax: (312) 856-9905

## CERTIFICATE OF SERVICE

I, hereby certify that on July 14, 2008, I caused the foregoing **AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT, 2930 NORTH SHERIDAN, LLC, TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT** to be filed electronically using the Electronic Filing System of the United States District Court for the Northern District of Illinois, Eastern Division, this 14th day of July, 2008.  Notice of this filing was sent to all counsel who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 14th day of July, 2008.

By: /s/ Jeffrey J. Asperger

Bary L. Gassman
Daile McCann
**ASPERGER ASSOCIATES LLC**
150 North Michigan Avenue
Suite 420
Chicago, IL 60601
312.856.9901
312.856.9905 (fax)